## IN THE IOWA DISTRICT COURT IN AND FOR
## BLACK HAWK COUNTY

This Complaint and Affidavit is to be:

☒ Filed with Court Clerk (cc: CA)

☐ Submitted to County Attorney

☐ Filed with JCO - Defendant is a Juvenile

Agency Case Number: **S22-001619**

Arrest Date: **01/10/2022**

## THE STATE OF IOWA

VS.

### OFFENDER

| Last | First | Middle | Suffix |
|------|-------|--------|--------|
| **DEWALL** | **NOLAN** | **OTTO** | |

| Address | City | State | Zip Code |
|---------|------|-------|----------|
| ▮ | **CEDAR FALLS** | **IA** | **50613** |

| DL# | State | DL Class | DL Endorsements | DL Restrictions |
|-----|-------|----------|-----------------|-----------------|
| ▮ | **IA** | **C** | | |

| Date of Birth | Gender | Race | Ethnicity |
|---------------|--------|------|-----------|
| ▮/1983 | **MALE** | **WHITE - W** | **NOT OF HISPANIC ORIGIN - N** |

| Height | Weight | Eye Color | Hair Color |
|--------|--------|-----------|------------|
| **6' 03"** | **235 LBS** | **BLUE - BLU** | **BROWN - BRO** |

### OFFENSE

| State | County | Local | Code Section | Crime Description | Speed | in | Zone |
|-------|--------|-------|--------------|-------------------|-------|-----|------|
| ☒ | ☐ | ☐ | **717.2** | **LIVESTOCK NEGLECT** | | | |

| Class | Serious P.I. | Fatal Accident | Civil Damage Assessment | Other |
|-------|--------------|----------------|-------------------------|-------|
| **SRMS** | ☐ | ☐ | ☐ | ☐ |

Location Type
**28 - FARM BUILDING**

Literal Description
▮

| Address | City | State | Zip Code |
|---------|------|-------|----------|
| ▮ | **CEDAR FALLS** | **IA** | **50613** |

| Is Date and Time of Incident Known? | Incident Date or Low Range | Upper Date Range | Incident Time or Low Range | Upper Time Range |
|-------------------------------------|----------------------------|------------------|----------------------------|------------------|
| **YES** | **12/23/2021** | | **05:00** | |

### STATUS OF OFFENDER/JUVENILE

| ☒ TAKEN INTO CUSTODY | CUSTODY **1 - JAILED** | ☐ SUMMONS TO APPEAR (Citation Issued) |
|---|---|---|
| ☐ WARRANT REQUESTED | ☐ NO CONTACT ORDER REQUESTED | ☐ RELEASED TO PARENT/GUARDIAN |

### NARRATIVE

Narrative of Offense Committed

On or about the above stated date and time, the Defendant did

confine or impound livestock, fail to provide livestock with care consistent with customary animal husbandry practices, deprive livestock with necessary sustenance, or injures/destroys livestock causing pain or suffering inconsistent with customary animal husbandry practices which result in serious injury or the death of livestock

**Government Exhibit 1**

Case **22-CR-2013**

AFFIDAVIT

**STATE OF IOWA,          BLACK HAWK COUNTY**

I, the undersigned, being duly sworn, state that all facts contained in this Complaint and Affidavit, known by me or told to me by other reliable persons form the basis for my belief that he defendant committed his crime

State all facts and persons relied upon supporting elements of alleged crime

On 01/07/22 at approximately 1410 hours, I was informed that Brian Duncan purchased 2500 baby pigs and then hired Nolan Dewall to take care of the pigs until they reached approximately 280 lbs. Before the pigs were delivered, 15 ton of bu k feed was delivered to the farm. All 2500 pigs were delivered between 12/23/21 and 12/27/21. Mike Clark, a swine consultant reported that he was in charge of checking on the pigs for Duncan to make sure they were being cared for properly. On 12/30/21, Clark went to Dewall's farm and discovered that approximately 800 pigs were dead out of the 2500 pigs. Clark reported that the pigs did not have access to water and some or all had no access to food. The temperature in the barns were under 50 degrees. Freshly wened pigs are supposed to be kept in 80-95 degree buildings and need critical care to survive, including monitoring by the farmer. Clark called Dr. Hargens, a veterinarian at the Hudson Vet Clinic to come and assess the pigs. Dr. Hargens reported that the water cups were bone dry and some of the feeders were empty. Dr. Hargen sent tissue samples to Iowa State University's Diagnostic Laboratory and received the report back stating that there were no signs of disease or viruses and that the tissue samples showed that the pigs were malnourished and water deprived. Dr. Hargens reported to me that the pigs would have to go without food and water for at least 48 hours to die of starvation or dehydration. After a search warrant was obtained and conducted on the farm with Dr. Eiben, a veterinarian with the state of Iowa, it was determined that the pigs were very thin and Dr. Eiben believed they had died due malnutrition and water deprivation. Also, some of the pigs suffered from frostbite on their ears and were completely frozen off, which indicate that the pigs were subjected to excessive time in frigid temperatures. The defendant failed in his responsbilities to take care for their animals and neglected their care. After removing the living pigs from the farm for transport to another facility, 51 more pigs died in transport and another 60 more in the next few days after removal. The remaining pigs are now thriving at the new facility.

**HARDEN, KARI          H4358**

Signature of Complainant or Officer, Officer Name & Number

**GENERAL PROBABLE CAUSE**

Defendant Implicated

**14 - OTHER PHYSICAL EVIDENCE**

| Operating Motor Vehicle in County | Other Physical Evidence | Attempted To Inflict Injury |
|---|---|---|
|  | **LAB REPORTS** |  |

**STATE OF IOWA,          BLACK HAWK COUNTY**

Subscribed and sworn to before me by the person(s) signing the Complaint and Affidavit(s) on 01/10/2022

| | | |
|---|---|---|
| Notary Name | **M KLOOSTER** | Signature of Verifying Party |
| Commission Number | **803861** | |
| My Commission Expires | **06/15/2023** | ☐ Peace Officer  ☒ Notary  ☐ Prosecuting Attorney |

NOTARIAL SEAL IOWA