

**U.S. Department of Justice**
**Federal Bureau of Prisons**

*United States Penitentiary Leavenworth*
*1300 Metropolitan Avenue*
*Leavenworth, Kansas 66048*
*(913) 682-8700*

March 9, 2023

The Honorable Leonard T. Strand
Chief United States District Court Judge
111 Seventh Avenue SE, Box 1
Cedar Rapids, IA 52401

Re: DeWall, Nolan
    Reg. No. 90157-509
    Docket No. 6:22CR02013-001

Dear Judge Strand:

The purpose of this letter is to notify you of the death of Nolan DeWall, Register Number 90157-509, on March 8, 2023. Mr. DeWall was sentenced in your court on January 24, 2023, and received a 12-month and 1-day sentence for Bank Fraud.

On March 8, 2023, Mr. Dewall was discovered in his cell unresponsive. A medical emergency was declared and life saving measures were performed. Mr. Dewall was transported by responding Emergency Medical Services to the local hospital and subsequently pronounced deceased by hospital personnel. An autopsy has been ordered and is pending results.

Should you require any additional information, please do not hesitate to contact me at (913) 682-8700.

Sincerely,

D. Hudson
Warden

CC: Lisa Feuerbach, Chief USPO, Northern District of Iowa
    Timothy Lawrence Vavricek, AUSA, Northern District of Iowa
    Andre Matevousian, Regional Director, North Central Regional Office

U.S. Department of Justice
Federal Bureau of Prisons
U.S. Penitentiary
Leavenworth, KS 66048-1254

Official Business
Penalty for Private Use $300

KANSAS CITY 640

15 MAR 2023 PM 2 L

$ 000.63

MAILED FROM ZIP CODE 66048

XRAYED US MARSHALS SERVICE

The Honorable Leonard T. Strand
Chief U.S. District Court Judge
111 Seventh Avenue SE, Box 1
Cedar Rapids, IA 52401

52401-210305